# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DUSTI M.,**

    **Plaintiff,**

    v.

**Case No. 2:24-cv-4198**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Caroline H. Gentry**

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 12.) The Court hereby **GRANTS** the parties' Joint Motion (ECF No. 12) and awards Plaintiff attorneys' fees of $4,650.00, and costs in the amount of $0.00, for a total award of $4,650.00. After the Court enters this award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel under the EAJA assignment signed by Plaintiff and counsel.

The case remains terminated on the docket of this Court.

    **IT IS SO ORDERED.**

**7/28/2025**          s/Edmund A. Sargus, Jr.
**DATE**          **EDMUND A. SARGUS, JR.**
         **UNITED STATES DISTRICT JUDGE**